IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTINE SECILIA

           Plaintiff,

v.

MOUNT OLIVER BOROUGH,

           Defendant.

CIVIL ACTION
No. 2:13-cv-00223

**ELECTRONICALLY FILED**

## PRAECIPE FOR APPEARANCE

Kindly enter the appearance of Dean F. Falavolito, Esquire of the law firm of Burns White LLC on behalf of Defendant, Mount Oliver Borough, in the above-captioned matter.

           Respectfully submitted,

           s/ Dean F. Falavolito
           Dean F. Falavolito, Esquire
           Pa I.D. No. 92844
           BURNS WHITE LLC
           Four Northshore Center
           106 Isabella Street
           Pittsburgh, PA 15212
           Phone:  (412) 995-3005
           Fax:  (412) 995-3300
           dffalavolito@burnswhite.com
           *Counsel for Defendant*