IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTINE SECILIA,

    Plaintiff,

CIVIL ACTION
No. 2:13-cv-00223

v.

MOUNT OLIVER BOROUGH and
CHIEF FRANK MOSESSO,

**ELECTRONICALLY FILED**

    Defendants.

## ORDER

And now this 18TH day of APRIL, 2013, upon consideration of the Motion to Withdraw, it is hereby ORDERED that Dean F. Falavolito, Esquire, is withdrawn as counsel for Defendant Chief Frank Mosesso.

_____
U.S.D.J.