# KOLMAN ELY, P.C.

Two Penn Center Plaza, Suite 200
Philadelphia, PA 19102
(267) 337-7338

414 Hulmeville Avenue
Penndel, PA 19047
(215) 750-3134
Fax (215) 750-3138

600 Grant Street, Suite 660
Pittsburgh, PA 15219
(412) 301-2090

August 13, 2013

*Via Facsimile 412-208-7427 & ECF Filing*
Honorable Mark R. Hornak
United States District Court for the
Western District of Pennsylvania
700 Grant Street, 6th Fl.
Room 6220, P.O. Box 1805
Pittsburgh, PA 15219

    Re:    *Christine Lynn Secilia v. Mt. Olive Borough Police Department*
            Case No.: 13-0223

Dear Judge Hornak:

I write to respond to the issues raised in Defendant, Mount Olive Borough's Motion to Compel responses to Second Request for Production, filed on August 6, 2013 (Docket Item 29.) I was on vacation when the motion was filed and returned today. I do not oppose the motion, but I respectfully request a period of 10 days within which to respond to Defendant's Second Request for Production of Documents *(i.e.,* by August 23, 2013.)

                            Respectfully submitted,

                            KOLMAN ELY, P.C.

                            Wayne A. Ely, Esquire

    cc:    *Dean Falovolito, Esquire (via fax 412-995-3300)*
            *David Helwig, Esquire (via fax 412-391-8804)*

www.kolmanely.com

```
*  *  * Communication Result Report ( Aug. 13. 2013 11:46AM )  *  *  *
                                                                    1)
                                                                    2)

Date/Time: Aug. 13. 2013 11:43AM

File                                                                    Page
No.  Mode       Destination              Pg(s)      Result          Not Sent
--------------------------------------------------------------------------------
2514 Memory TX  14122087427              P.  1      OK
                14129953300                         OK
                14123918804                         OK


--------------------------------------------------------------------------------
        Reason for error
          E. 1) Hang up or line fail           E. 2) Busy
          E. 3) No answer                      E. 4) No facsimile connection
          E. 5) Exceeded max. E-mail size
```

# KOLMAN ELY, P.C.

| Two Penn Center Plaza, Suite 200 | 414 Hulmeville Avenue | 600 Grant Street, Suite 660 |
| Philadelphia, PA 19102 | Penndel, PA 19047 | Pittsburgh, PA 15219 |
| (267) 337-7338 | (215) 750-3134 | (412) 301-2090 |
|  | Fax (215) 750-3138 |  |

August 13, 2013

*Via Facsimile 412-208-7427 & ECF Filing*
Honorable Mark R. Hornak
United States District Court for the
Western District of Pennsylvania
700 Grant Street, 6th Fl.
Room 6220, P.O. Box 1805
Pittsburgh, PA 15219

  Re: *Christine Lynn Secilia v. Mt. Olive Borough Police Department*
    Case No.: 13-0223

Dear Judge Hornak:

  I write to respond to the issues raised in Defendant, Mount Olive Borough's Motion to Compel responses to Second Request for Production, filed on August 6, 2013 (Docket Item 29.) I was on vacation when the motion was filed and returned today. I do not oppose the motion, but I respectfully request a period of 10 days within which to respond to Defendant's Second Request for Production of Documents (*i.e.*, by August 23, 2013.)

      Respectfully submitted,
      KOLMAN ELY, P.C.

      Wayne A. Ely, Esquire

cc: Dean Falovolito, Esquire *(via fax 412-995-3300)*
  David Helwig, Esquire *(via fax 412-391-8804)*

www.kolmanely.com